UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PARRISH,<br><br>    Plaintiff,<br><br>v.<br><br>MULE CREEK STATE PRISON,<br><br>    Defendant. | Case No. 22-cv-07386-JSW<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a California prisoner at Mule Creek State Prison proceeding pro se, has filed a motion for a temporary restraining order against officials at that prison regarding the conditions of confinement there. The proper venue for Plaintiff's claim is the Eastern District of California because that is the venue in which Mule Creek State Prison lies. *See* 28 U.S.C. § 84. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. §§ 1391(b), 1406(a).

    The Clerk shall transfer this matter forthwith.

    **IT IS SO ORDERED.**

Dated: December 5, 2022

_____
JEFFREY S. WHITE
United States District Judge